```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28585
   JERRY GODLEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3700


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 09/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
BANK ONE                   SECURED           4461.04       389.75        4661.04
BANK ONE                   UNSECURED         3336.54          .00         333.65
ILLINOIS DEPT OF REVENUE   PRIORITY           312.00          .00         312.00
INTERNAL REVENUE SERVICE   PRIORITY           473.72          .00         473.72
BLATT HASENMILLER LEIBSK   UNSECURED       NOT FILED          .00            .00
DIVERSIFIED COLLECTION S   UNSECURED       NOT FILED          .00            .00
LOAN EXPRESS CO            UNSECURED          595.00          .00          59.50
PLAZA FINANCE              UNSECURED          298.00          .00          29.80
PROVIDENT HOSPITAL         FILED LATE        1117.60          .00            .00
PROVIDIAN PROCESSING       UNSECURED       NOT FILED          .00            .00
ISAC                       UNSECURED         7675.01          .00         767.50
ST ELIZABETH               UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           30.55          .00           3.06
BLATT HASENMILLER LEIBSK   UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           92.40          .00           9.24
ILLINOIS DEPT OF REVENUE   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED           60.00          .00           6.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,905.20                     1,905.20
TOM VAUGHN                 TRUSTEE                                         549.86
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,500.32

PRIORITY                                         785.72
SECURED                                        4,661.04
    INTEREST                                     389.75
UNSECURED                                      1,208.75
ADMINISTRATIVE                                 1,905.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28585 JERRY GODLEY
```

```
TRUSTEE COMPENSATION                                       549.86
DEBTOR REFUND                                                 .00
                                    ----------------   ----------------
TOTALS                                     9,500.32           9,500.32
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 04 B 28585 JERRY GODLEY